Shawn L Sanders
SID 701850
200 N. Comal

Court of Appeals

Keith E Hottle

Clerk of

Court

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk



Re: I have a few question about my charges reference to Petition
for Discretionary Review

1) Can the Court of Appeal or Due the Court of Appeal have
Jurisdiction for a Petition discretionary review due to
Unconstitutional Enhancement. I have three Indictments
that is wrongfully Enhance.

A) Cause # 2014 CR 9029 Habitual, first Allegation, Cause No 1998 CR 2873 W
violates Rule 609 time Limit - Evidence of conviction under this
rule is not admissible if a period of more than ten years has
elapsed since the date of the conviction. Petition for Discretionary
Review.

B) Cause # 2014 CR 9465 Felon poss Firearm, violates Texas Code of Criminal
Procedure under 46.04 states if Defendant allege poss a firearm before
the fifth anniversary in then if is a felony stated and wrote on my
Indictment allege Defendant poss a firearm after the fifth
anniversary. Petition for Discretionary Review.

C) Cause # 2014-CR 6756 Assault is being enhance from Adjudication
Deferred inwhich Adjudication Deferred is not a prior conviction
under rule 609 Jones v. State 843 S.W 2d at 496. Petition for
Discretionary Review.

2) Cause No 2012 CR 5452 can I get the copy for the Application
for a Writ of Habeas Corpus seeking relief to Appeal Negotiated
Plea of Adjudication Deferred 64.05. Also if I am revoke
can I appeal then or is there a higher court I can Appeal
while the offence 2012 CR 5452 is pending still

## UNSWORN DECLARATION BY INMATE

I, _Shawn L Sanders_, SID _701850_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _26_ day of _Dec_ ,_2014_.

_Shawn Sander_
Defendant